# United States Court of Appeals
## For the First Circuit

No. 05-1593

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE L. UPTON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on March 5, 2009, should be amended as follows:

On the cover pager change "March 5, 2008" to "March 5, 2009"